# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALTICE USA, INC. and CSC HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> COMMWORKS SOLUTIONS, LLC, <br><br> Defendant. | Civil Action No.: 1:21-cv-1323-CFC <br><br> **Jury Trial Demanded** |

## DEFENDANT COMMWORKS SOLUTIONS, LLC'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(2), Defendant CommWorks Solutions, LLC respectfully moves the Court to dismiss this action against it for lack of personal jurisdiction. The grounds for this motion are set forth in the accompanying opening brief.

Respectfully submitted,

*/s/ Ronald P. Golden III*
Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
BAYARD, P.A.
600 N. King Street, Suite 400
Wilmington, Delaware 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com
*Attorneys for CommWorks Solutions, LLC*

1